IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BARBARA ROBINSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-099
)
RANDALL WILLIAMS, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is **REMANDED** to the Magistrate Court of Chatham County. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA